[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-10813
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-20697-JLK-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDWIN JOEL PRATTS,
a.k.a. Fatboy,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 27, 2015)

Before WILLIAM PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Edwin Joel Pratts appeals his sentence of 60 months of imprisonment

following his plea of guilty to possessing a firearm as a felon. 18 U.S.C. § 922(g)(1). Pratts challenges the four-level increase in his offense level for possessing or transferring a firearm with knowledge that it would be shipped outside the United States. United States Sentencing Guidelines Manual § 2K2.1(b)(6)(A) (Nov. 2014). We affirm.

The district court did not clearly err by enhancing Pratts's sentence. A defendant is subject to a four-level increase in his offense level if he "possessed or transferred [the] firearm . . . with knowledge, intent, or reason to believe that it would be transported out of the United States." *Id.* A confidential informant arranged to purchase a firearm from Pratts and recorded their transaction. That recording reflects that, while the informant inspected the firearm, he twice stated that he purchased firearms to "send them to Mexico," and that Pratts replied, "Oh ok," and then wrapped up the firearm, carried it to the informant's vehicle, and accepted payment. Pratts knew or had reason to believe that the firearm would be exported when he transferred it to the informant. *See United States v. Asante*, 782 F.3d 639, 646 n.5 (11th Cir. 2015).

We **AFFIRM** Pratts's sentence.